```
 1  DAVID J. COOK, ESQ. (State Bar # 060859)
    ROBERT J. PERKISS, ESQ (State Bar # 62386)
 2  COOK COLLECTION ATTORNEYS
    A PROFESSIONAL LAW CORPORATION
 3  165 Fell Street
    San Francisco, CA 94102
 4  Mailing Address: P.O. Box 270
    San Francisco, CA 94104-0270
 5  Tel.: (415) 989-4730
    Fax: (415) 989-0491
 6  File No. 51,417

 7  Attorneys for Plaintiffs
    NEW CONTENDERS, INC.: DILLON PRODUCTIONS, INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NEW CONTENDERS, INC.: DILLON PRODUCTIONS, INC., | ) ) | CASE NO. CV08-0148-MEJ |
|---|---|---|
| Plaintiffs, | ) ) ) | APPLICATION FOR ISSUANCE OF ORDER PERMITTING SERVICE OF PROCESS BEYOND 180 DAYS UNDER RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| vs. | ) ) | |
| KI RYE CHONG doing business as Skyscraper Club, | ) ) ) | |
| Defendant. | ) ) | |

COMES NOW Plaintiffs NEW CONTENDERS INC. and DILLON PRODUCTIONS INC., who hereby request that this court enter an order for an additional 120 days by which to effectuate service of the Summons and Complaint in the above-entitled matter.

DATED: March 27, 2008         COOK COLLECTION ATTORNEYS

                              By: /s/ David J. Cook
                              DAVID J. COOK, ESQ. (SB# 060859)
                              Attorneys for Plaintiff
                              NEW CONTENDERS INC.;
                              DILLON PRODUCTIONS INC.

F:\USERS\DJCNEW\chong.app

APPLICATION FOR ISSUANCE OF ORDER PERMITTING SERVICE OF PROCESS BEYOND 180 DAYS UNDER RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE - CASE NO. CV08-0148-MEJ        1

1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 51,417

7  Attorneys for Plaintiffs
   NEW CONTENDERS, INC.; DILLON PRODUCTIONS, INC.
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12 | NEW CONTENDERS, INC.; DILLON  )  CASE NO. CV08-0148-MEJ
   | PRODUCTIONS, INC.,            )
13 |                               )
   |        Plaintiffs,            )  DECLARATION OF DAVID J. COOK, ESQ.
14 |                               )  IN SUPPORT OF APPLICATION FOR
   | vs.                           )  ISSUANCE OF ORDER PERMITTING
15 |                               )  SERVICE OF PROCESS BEYOND 180 DAYS
   | KI RYE CHONG doing business as)  UNDER RULE 4(m) OF THE FEDERAL
16 | Skyscraper Club,               )  RULES OF CIVIL PROCEDURE
   |                               )
17 |        Defendant.             )
   |                               )
18

   I, DAVID J. COOK, hereby declare and state as follows:

   1. I am one of the attorneys of record for Plaintiff in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

   2. Declarant has filed an action by which to renew the judgment in the above-entitled matter as permitted under C.C.P. § § 337.5(3).

   3. Declarant has endeavored to locate the Defendant and has incurred great difficulty. This matter is the renewal of a judgment which is 10 years old and, accordingly, Plaintiff needs additional time by which to effectuate service of process.

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION FOR ISSUANCE OF ORDER
PERMITTING SERVICE OF PROCESS BEYOND 180 DAYS UNDER RULE 4(m) OF THE FEDERAL RULES
OF CIVIL PROCEDURE - CASE NO. CV08-0148-MEJ                                          1

4. Declarant therefore requests an additional 120 days by which to effectuate service of the Summons and Complaint in the above-entitled matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2008.

/s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\chong.app

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION FOR ISSUANCE OF ORDER PERMITTING SERVICE OF PROCESS BEYOND 180 DAYS UNDER RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE - CASE NO. CV08-0148-MEJ

2

DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 51.417

Attorneys for Plaintiffs
NEW CONTENDERS, INC.; DILLON PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEW CONTENDERS, INC.; DILLON PRODUCTIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> KI RYE CHONG doing business as Skyscraper Club, <br><br> Defendant. | CASE NO. CV08-0148-MEJ <br><br> ORDER AUTHORIZING EXTENSION OF TIME |

Based upon the Declaration of David J. Cook, Esq., and finding that this is a renewal of a judgment, and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff shall have an additional 120 days from and after _____ by which to effectuate service of process of the Summons and Complaint in the above-entitled matter.

DATED: _____

JUDGE OF THE UNITED STATES
DISTRICT COURT

F:\USERS\DJCNEW\chong.app

ORDER AUTHORIZING EXTENSION OF TIME - CASE NO. CV08-0148-MEJ