**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco. CA  94102
Mailing Address: P.O. Box 270
San Francisco. CA  94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 51.417

Attorneys for Plaintiffs
NEW CONTENDERS, INC.: DILLON PRODUCTIONS. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEW CONTENDERS, INC.; DILLON PRODUCTIONS. INC., )<br><br>Plaintiffs, )<br><br>vs. )<br><br>KI RYE CHONG doing business as )<br>Skyscraper Club, )<br><br>Defendant. )<br>_____ ) | CASE NO. CV08-0148-MEJ<br><br>ORDER AUTHORIZING EXTENSION OF TIME |

Based upon the Declaration of David J. Cook, Esq.. and finding that this is a renewal of a judgment. and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff shall have an additional 120 days from and after March 27, 2008 _____ by which to effectuate service of process of the Summons and Complaint in the above-entitled matter.   The CMC is continued to August 28, 2008, and all other dates are adjusted accordingly.

DATED: March 28, 2008 _____

JUDGE OF THE UNITED STATES
DISTRICT COURT

F:\USERS\DJCNEW\chong.app

ORDER AUTHORIZING EXTENSION OF TIME - CASE NO. CV08-0148-MEJ