David J. Cook, Esq. (SBN 060859)
COOK PERKISS & LEW
A Professional Corporation
333 Pine Street, 3d Floor
San Francisco, CA 94104
415/989-4730
File #51,417

Attorney for Plaintiff

# THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEW CONTENDERS, INC., et al.,
        Plaintiff,

v.

KI RYE CHONG, etc., et al.,
        Defendants.

Case No.: CV 08 0148 MEJ

## PROOF OF SERVICE

I, Tony Klein, declare:
I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the **Summons, Complaint, Order Setting Initial Case Mgmt Conference and ADR Deadlines; Case Management Standing Order of Magistrate Maria-Elena James; Standing Order re: Discovery and Dispute Procedures for cases Assigned or Referred to Magistrate Maria-Elena James; Notice of Trial Assignment to US Magistrate Judge and Order to File Consent/Request for Reassignment form, Consent to Assignment or Request for Reassignment form; Standing Order for All Judges of the NDC/Contents of Joint Case Management Statement** to:

**PERSON SERVED:** KI RYE CHONG doing business as Skyscraper Club

**ADDRESS:** 125 Cambon Dr., Apt. 1F
San Francisco, California 94132

**DATE/TIME:** April 8, 2008  6:42 PM

**MANNER OF SERVICE:** ☒ Personal Service

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct and this declaration is executed on April 9, 2008 at San Francisco, California.

Tony Klein      RPS: San Francisco #21

Attorney's Service of San Francisco
4104 – 24th Street, #393
San Francisco, CA 94114
415/495-4221

## PROOF OF SERVICE