1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 51,417

7  Attorneys for Plaintiffs
   NEW CONTENDERS, INC.; DILLON PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEW CONTENDERS, INC.; DILLON PRODUCTIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> KI RYE CHONG doing business as Skyscraper Club, <br><br> Defendant. | CASE NO. CV08-0148-MEJ <br><br> APPLICATION FOR ENTRY OF DEFAULT |

COMES NOW Plaintiff who hereby moves this court for an entry of a default, for the failure of the Defendant KI RYE CHONG doing business as Skyscraper Club, based upon service of process of April 8, 2008 and failure to respond.

DATED: August 25, 2008          COOK COLLECTION ATTORNEYS

                                By: __/s/ David J. Cook_____
                                DAVID J. COOK, ESQ. (SB# 060859)
                                Attorneys for Plaintiffs
                                NEW CONTENDERS INC.;
                                DILLON PRODUCTIONS INC..

F:\USERS\DJCNEW\chong.appdefault

APPLICATION FOR ENTRY OF DEFAULT - CASE NO. CV08-0148-MEJ                            1

DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 51,417

Attorneys for Plaintiffs
NEW CONTENDERS, INC.; DILLON PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEW CONTENDERS, INC.; DILLON PRODUCTIONS, INC., <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>KI RYE CHONG doing business as Skyscraper Club, <br><br>　　　　Defendant. | CASE NO. CV08-0148-MEJ <br><br> MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT |

## I. INTRODUCTION.

Suit has been filed on behalf of Plaintiffs by which to renew the underlying judgment in the above-entitled action, by filing an independent action in this court pursuant to FRCP 69(a) and C.C.P. § 337.5(3). Defendant KI RYE CHONG has been serviced, and the Proof of Service has been filed with the court as Docket No. 5. KI RYE CHONG has failed to respond to the Complaint, and no answer or other pleading has been filed. KI RYE CHONG is not a member of the armed forces, and therefore not entitled to the Soldiers and Sailor's Relief Act of 1940, or any other bar to the entry of a default therein.

## II. RELIEF SOUGHT.

Plaintiff therefore requests that the Clerk of this court enter the default of KI RYE

1  CHONG, and that the matter may be set for a default hearing.

2  DATED: August 25, 2008                COOK COLLECTION ATTORNEYS

        By: /s/ David J. Cook
        DAVID J. COOK, ESQ. (SB# 060859)
        Attorneys for Plaintiffs
        NEW CONTENDERS INC.; DILLON
        PRODUCTIONS INC.

F:\USERS\DJCNEW\chong.appdefault

```
 1  DAVID J. COOK, ESQ. (State Bar # 060859)
    ROBERT J. PERKISS, ESQ (State Bar # 62386)
 2  COOK COLLECTION ATTORNEYS
    A PROFESSIONAL LAW CORPORATION
 3  165 Fell Street
    San Francisco, CA  94102
 4  Mailing Address: P.O. Box 270
    San Francisco, CA  94104-0270
 5  Tel.: (415) 989-4730
    Fax: (415) 989-0491
 6  File No. 51,417

 7  Attorneys for Plaintiffs
    NEW CONTENDERS, INC.; DILLON PRODUCTIONS, INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEW CONTENDERS, INC.; DILLON PRODUCTIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> KI RYE CHONG doing business as Skyscraper Club, <br><br> Defendant. | CASE NO. CV08-0148-MEJ <br><br> ENTRY OF DEFAULT |

　　　　The Clerk of the Court hereby enters the default of Defendant KI RYE CHONG, based upon the failure to file any responsive pleading within the time allowed by law.


DATED: _____         CLERK, by _____, Deputy


F:\USERS\DJCNEW\chong.appdefault

ENTRY OF DEFAULT BY CLERK - CASE NO. CV08-0148-MEJ                                        1