1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 51,417

7  Attorneys for Plaintiffs
   NEW CONTENDERS, INC.; DILLON PRODUCTIONS, INC.
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 NEW CONTENDERS, INC.; DILLON      )   CASE NO. CV08-0148-MEJ
   PRODUCTIONS, INC.,                )
13                                   )
             Plaintiffs,             )   CASE MANAGEMENT STATEMENT
14                                   )
   vs.                               )
15                                   )
   KI RYE CHONG doing business as    )   Date: August 28, 2008
16 Skyscraper Club,                  )   Time: 10:00 a.m.
                                     )   Courtroom: B
17           Defendant.              )   Magistrate Judge: Maria-Elena James
   _____)

18       Plaintiffs NEW CONTENDERS, INC. and DILLON PRODUCTIONS, INC. has filed this

19 Complaint for renewal of judgment against Defendant KI RYE CHONG doing business as

20 Skyscraper Club. The independent action was filed pursuant to FRCP 69(a) and C.C.P. §

21 337.5(3). Defendant was served, a proof of service has been filed with the court as Docket No. 5,

22 and Plaintiff has efiled on August 25, 2008 its application for entry of default, memorandum of

23 points and authorities, and entry of default.

24       Plaintiff would request that this hearing be continued for approximately 60 days to allow

25 Plaintiff to complete the procedure and obtain judgment.

26 DATED: August 25, 2008              COOK COLLECTION ATTORNEYS
                                       By:  /s/ David J. Cook
27                                     DAVID J. COOK, ESQ. (SB# 060859)
                                       Attorneys for Plaintiffs
28                                     NEW CONTENDERS INC.;
                                       DILLON PRODUCTIONS INC.,

CASE MANAGEMENT STATEMENT - CASE NO. CV08-0148-MEJ                            1

**PROOF OF SERVICE**

KI RYE CHONG doing business as Skyscraper Club
125 Cambon Drive, Apt. 1F
San Francisco, CA 94132

    I declare:

    I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

    CASE MANAGEMENT STATEMENT

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on August 25, 2008 at San Francisco, California.

                                    /s/ Karene Jen
                                      KARENE JEN