1 | **DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2 | **COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
3 | 165 Fell Street
San Francisco, CA 94102
4 | Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
5 | Tel.: (415) 989-4730
Fax: (415) 989-0491
6 | File No. 51,417

7 | Attorneys for Plaintiffs
NEW CONTENDERS, INC.; DILLON PRODUCTIONS, INC.

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

| | |
|---|---|
| NEW CONTENDERS, INC.; DILLON PRODUCTIONS, INC., | CASE NO. CV08-0148-MEJ |
| Plaintiffs, | CASE MANAGEMENT STATEMENT |
| vs. | ORDER CONTINUING CMC |
| KI RYE CHONG doing business as Skyscraper Club, | Date: August 28, 2008
Time: 10:00 a.m.
Courtroom: B |
| Defendant. | Magistrate Judge: Maria-Elena James |

18        Plaintiffs NEW CONTENDERS, INC. and DILLON PRODUCTIONS, INC. has filed this

19   Complaint for renewal of judgment against Defendant KI RYE CHONG doing business as

20   Skyscraper Club. The independent action was filed pursuant to FRCP 69(a) and C.C.P. §

21   337.5(3). Defendant was served, a proof of service has been filed with the court as Docket No. 5,

22   and Plaintiff has efiled on August 25, 2008 its application for entry of default, memorandum of

23   points and authorities, and entry of default.

24        Plaintiff would request that this hearing be continued for approximately 60 days to allow

25   Plaintiff to complete the procedure and obtain judgment.

26   DATED: August 25, 2008                COOK COLLECTION ATTORNEYS
                                           By: __/s/ David J. Cook_____
27                                         DAVID J. COOK, ESQ. (SB# 060859)
                                           Attorneys for Plaintiffs
28                                         NEW CONTENDERS INC.;
                                           DILLON PRODUCTIONS INC.,

CASE MANAGEMENT STATEMENT - CASE NO. CV08-0148-MEJ                                          1

1 **PROOF OF SERVICE**

2 KI RYE CHONG doing business as Skyscraper Club
125 Cambon Drive, Apt. 1F
3 San Francisco, CA 94132

4     I declare:

5     I am employed in the County of San Francisco, California. I am over the age of eighteen
(18) years and not a party to the within cause. My business address is 165 Fell Street, San
6 Francisco, CA 94102. On the date set forth below, I served the attached:

7             CASE MANAGEMENT STATEMENT

8 on the above-named person(s) by:

9   __XXX__  (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
10 person(s) served above.

11

    I declare under penalty of perjury that the foregoing is true and correct.
12

    Executed on August 25, 2008 at San Francisco, California.
13

14                          /s/ Karene Jen
                           KARENE JEN
15

16 The August 28, 2008 Case Management Conference is hereby CONTINUED to October 30,
2008 at 10:00 a.m. in Courtroom B.
17

18

19 Dated: August 26, 2008

20

21

22   .

23

24

25

26

27

28


IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA