IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CONTENDERS, INC.; DILLON PRODUCTIONS, INC. <br><br> Plaintiff(s), <br><br> v. <br><br> KI RYE CHONG, doing business as Skyscraper Club, <br><br> Defendant(s). | No. C 08-0148 MEJ <br><br> **ORDER OF REFERRAL** |

Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Marilyn Patel for the purpose of considering whether it is related to the following case: C 96-3423 MHP, *New Contenders v. Ki Rye Chong*.

**IT IS SO ORDERED.**

Dated: September 2, 2008

MARIA-ELENA JAMES
United States Magistrate Judge