1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  DEBRA D. LEW, ESQ. (State Bar # 114537)
   COOK, PERKISS & LEW
3  A PROFESSIONAL LAW CORPORATION
   333 Pine Street, Suite 300
4  San Francisco, CA 94104-3381
   Mailing Address: P.O. Box 270
5  San Francisco, CA 94104-0270
   Tel.: (415) 989-4730  Fax: (415) 989-0491
6  File No. 51,417

7  Attorneys for Plaintiffs
   NEW CONTENDERS, INC.; DILLON PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NEW CONTENDERS, INC.; DILLON PRODUCTIONS, INC., | ) ) ) | CASE NO. 3:08-cv-00148-MEJ |
|---|---|---|
| Plaintiffs, | ) ) | CERTIFICATION AND NOTICE OF INTERESTED PARTIES |
| vs. | ) ) | |
| KI RYE CHONG doing business as Skyscraper Club, | ) ) ) | |
| Defendant. | ) ) | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiffs NEW CONTENDERS, INC.; DILLON PRODUCTIONS, INC., certify that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representatives are made to enable the Court to evaluate possible disqualification or recusal.

**PARTY**                                                    **CONNECTION**

Other than the parties in this action, none are known.

DATED: September 2, 2008                        COOK COLLECTION ATTORNEYS

                                                By:  /s/ David J. Cook
                                                DAVID J. COOK, ESQ. (SB# 060859)
                                                Attorneys for Plaintiffs
                                                NEW CONTENDERS, INC.; DILLON
                                                PRODUCTIONS, INC.

F:\USERS\DJCNEW\chong.cert

CERTIFICATION AND NOTICE OF INTERESTED PARTIES - CASE NO. 3:08-cv-00148-MEJ