1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEW CONTENDERS, et al.

          Plaintiff(s),

  vs.

KI RYE CHONG,

          Defendant(s).
_____/

No. C 08-0148 MEJ

**ORDER VACATING OCTOBER 30, 2008
CASE MANAGEMENT CONFERENCE**

     On September 2, 2008, the undersigned magistrate judge referred this matter to the

Honorable Marilyn Hall Patel to determine whether it is related to the following case: C 96-3423

MHP, *New Contenders v. Ki Rye Chong*.  (Dkt. #9.)  Pending Judge Patel's determination, the Court

hereby VACATES the October 30, 2008 Case Management Conference.

     **IT IS SO ORDERED.**

Dated: October 15, 2008

                            _____
                            MARIA-ELENA JAMES
                            United States Magistrate Judge